JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NO. 11RTS6107,<br><br>        Plaintiff,<br><br>    vs.<br><br>LANDSTAR INWAY, INC.; LANDSTAR EXPRESS AMERICA, INC.; ART HEAVY HAUL, INC.; and DOES 1-10, inclusive,<br><br>        Defendants. | **Case No. CV 14-07558-SVW (FFMx)**<br><br>**ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(2)] |

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

1  The stipulation of defendant Art Heavy Haul, Inc. and plaintiffs Certain Underwriters at Lloyd's Subscribing to Policy No. 11RTS6107, the remaining parties to the above-captioned action, came on for consideration by the Honorable Stephen V. Wilson.  The Court, having considered the parties' stipulation under Federal Rule of Civil Procedure 41(a)(2), hereby dismisses the entire action, without prejudice, with each party to bear its costs and fees.

IT IS SO ORDERED.

Dated: May 5, 2015  _____
                    Hon. Stephen V. Wilson

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com